UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| WILLIAM DAVID BOWDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:09-CV-504-FL |
| | ) | |
| TOWN OF CARY, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the parties' cross-motions for summary judgment and for determination as later developed of the propriety of an award of One Dollar ($1.00) in nominal damages.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 7, 2010, for the reasons set forth more specifically therein, that plaintiff's motion for summary judgment is granted, defendant's motion for summary judgment is denied and defendant is permanently enjoined from enforcing its sign ordinance as against plaintiff's sign. And as later determined by the court, after receipt of additional argument and with benefit of telephonic conference held January 4, 2011, the court adjudges nominal damages in favor of plaintiff. Plaintiff shall have and recover the sum of One Dollar ($1.00). There being no further issues presented for decision in this case, the action is concluded.

**This Judgment Filed and Entered on January 19, 2011, and Copies To:**

Katherine Lewis Parker (via CM/ECF Notice of Electronic Filing)
Mark R. Sigmon (via CM/ECF Notice of Electronic Filing)
Elizabeth A. Martineau (via CM/ECF Notice of Electronic Filing)
Lisa C. Glover (via CM/ECF Notice of Electronic Filing)


January 19, 2011            DENNIS P. IAVARONE, CLERK
                              /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk