IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. No. 5:09-CV-00504

| | | |
|---|---|---|
| WILLIAM DAVID BOWDEN, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| TOWN OF CARY, | ) | |
| Defendant. | ) | |

THIS MATTER coming on for consideration of Plaintiff's motion for attorneys' fees and costs; and based upon that motion, the accompanying stipulation signed by the parties as to the reasonableness of the amount of attorneys' fees and costs, and 42 U.S.C. § 1988, Federal Rule of Civil Procedure 54(d), and Local Rule 54.1;

IT IS ORDERED that Plaintiff is awarded $44,595.00 in attorneys' fees and $1,602.27 in costs.

This the 7 day of February, 2011.

Hon. Louise W. Flanagan
Chief United States District Judge