UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM DAVID BOWDEN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| | ) ) | No. 5:09-CV-504-FL |
| TOWN OF CARY, | ) ) ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, in accordance with opinion and judgment of the United States Court of Appeals for the Fourth Circuit, taking effect through mandate entered this date, reversing the judgment of this court and accompanying order awarding plaintiff attorney's fees and costs, and remanding with instructions to enter summary judgment for defendant.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 27, 2013, that defendant's motion for summary judgment is granted.

**This Judgment Filed and Entered on February 27, 2013, and Copies To:**

Katherine Lewis Parker (via CM/ECF Notice of Electronic Filing)
Mark R. Sigmon (via CM/ECF Notice of Electronic Filing)
Elizabeth A. Martineau (via CM/ECF Notice of Electronic Filing)
Lisa C. Glover (via CM/ECF Notice of Electronic Filing)

February 27, 2013

JULIE A. RICHARDS, CLERK
/s/ Christa N. Baker
(By) Christa N. Baker, Deputy Clerk